# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. WILLIS, | 1:09-cv-01703-AWI-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO EXPEDITE SCREENING OF THIRD AMENDED COMPLAINT |
| v. | (Doc. 25.) |
| HARLEY G. LAPPIN, et al., | |
| Defendants. | |

James R. Willis ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). Plaintiff filed the Complaint commencing this action on September 28, 2009. (Doc. 1.) This action now proceeds on the Third Amended Complaint, filed by Plaintiff on July 8, 2011, which awaits screening by the Court. (Doc. 24.) On July 8, 2011, Plaintiff filed a motion for the Court to expedite screening of the Third Amended Complaint. (Doc. 25.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). As a rule, the Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. Plaintiff 's Third Amended Complaint will be screened in due time. Plaintiff has not shown good cause for the Court to expedite the screening of his complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the Court to expedite the screening of his Third Amended Complaint is DENIED.

IT IS SO ORDERED.

Dated:   September 6, 2011            /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE