1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**

8                       EASTERN DISTRICT OF CALIFORNIA

9

10   JAMES R. WILLIS,                      1:09-cv-01703-AWI-GSA-PC

11                    Plaintiff,           ORDER DENYING MOTION TO
                                           SCHEDULE DISCOVERY
12        v.
                                           (Doc. 41.)
13   HARLEY G. LAPPIN, et al.,

14                    Defendants.
     _____/
15

16        James R. Willis ("Plaintiff") is a state prisoner  proceeding pro se and in forma pauperis

17   in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint

18   commencing this action on September 28, 2009.  (Doc. 1.)  This action now proceeds on the

19   Third Amended Complaint filed on July 8, 2011, against defendant United States of America for

20   negligence under the Federal Tort Claims Act, and defendants Dennis Smith (Warden), Belinda

21   Avalos (Associate Warden), Lt. Cobb, Lt. Paul, Unit Managers Devere and Bowles, Case

22   Manager Liwag, and Carolyn Gant (Associate Warden) for failure to protect Plaintiff under the

23   Eighth Amendment.  (Doc. 24.)

24        On May 21, 2012, Plaintiff filed a motion for the Court to schedule discovery in this

25   action.  (Doc. 41.)

26        The Court will issue a scheduling order setting a schedule for discovery after defendants

27   have filed an Answer to the complaint.  Defendants have not yet responded to the complaint.

28   Therefore, Plaintiff's motion is premature and shall be denied.

                                             1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the Court to schedule discovery in this action, filed on May 21, 2012, is DENIED.

IT IS SO ORDERED.

Dated:   **June 4, 2012**                    **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE