# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. WILLIS,<br>            Plaintiff,<br>   v.<br>HARLEY G. LAPPIN, et al.,<br>            Defendants.<br>_____/ | 1:09-cv-01703-AWI-GSA-PC<br><br>ORDER STRIKING SURREPLY<br>(Doc. 53.) |

## I.   BACKGROUND

James R. Willis ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971) and the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680.  Plaintiff filed the Complaint commencing this action on September 28, 2009.  (Doc. 1.)  The case now proceeds with the Third Amended Complaint filed on July 8, 2011, against defendant United States of America for negligence under the Federal Tort Claims Act; and against defendants Warden Dennis Smith, Associate Warden Belinda Avalos, Lieutenant ("Lt.") Cobb, Lt. Paul, Unit Manager Devere, Unit Manager Mrs. Bowles, Case Manager Liwag,[1] and Associate Warden Carolyn Gant for failure to protect Plaintiff, in violation of the Eighth Amendment.[2]  (Doc. 24.)

---

[1] In the Third Amended Complaint, Plaintiff spelled this defendant's name as Li Wag.  3ACP at 2.  Defendant has corrected the spelling to Liwag.  Motion, Doc. 43-1 at 24 ¶4.

[2] To date, Defendant Gant has not been served with process or appeared in this action.  (Doc. 35.)

1

1  On June 20, 2012, Defendants filed a motion to dismiss.  (Doc. 43.)  On July 16, 2012,
2 Plaintiff filed an opposition to the motion.  (Docs. 47, 48.)  On August 20, 2012, Defendants filed
3 a reply to the opposition.  (Doc. 51.)  On August 31, 2012, Plaintiff filed a surreply.  (Doc. 53.)

**II.     SURREPLY**

The Local Rules provide for a motion, an opposition, and a reply.  Neither the Local Rules nor the Federal Rules provide the right to file a surreply, and the Court neither requested one nor granted a request on the behalf of Plaintiff to file one.  Accordingly, Plaintiff's surreply shall be stricken from the record.

**III.    CONCLUSION**

Based on the foregoing, Plaintiff's surreply, filed on August 31, 2012, is STRICKEN from the record.

IT IS SO ORDERED.

**Dated:     October 12, 2012                         /s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE