1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY J. LODGE
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendants United States of America,
   Warden Dennis Smith, Associate Warden Belinda Avalos,
7  Lieutenant Cobb, Lieutenant Paul, Unit Manager Devere,
   Unit Manager Bowles, Case Manager Liwag

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. WILLIS, | 1:09-cv-01703-AWI-GSA |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL; ORDER** |
| HARLEY G. LAPPIN, et al., | |
| Defendants. | |

Pursuant to the terms of a written Stipulation for Compromise and Settlement and Rule 41(a) of the Rules of Civil Procedure, the parties hereby stipulate that the Third Amended Complaint filed on July 8, 2011, be dismissed with prejudice, each party to bear their own attorney fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 17, 2013         /s/James R. Willis
                            James R. Willis, Plaintiff,
                            in pro per

Respectfully submitted,

Dated: May 17, 2013         BENJAMIN B. WAGNER
                            United States Attorney

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER                              1

By:   /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for Defendants

**[PROPOSED] ORDER**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   May 17, 2013

SENIOR DISTRICT JUDGE