BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants United States of America, Warden Dennis Smith, Associate Warden Belinda Avalos, Lieutenant Cobb, Lieutenant Paul, Unit Manager Devere, Unit Manager Bowles, Case Manager Liwag

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JAMES R. WILLIS,

Plaintiff,

v.

HARLEY G. LAPPIN, et al.,

Defendants.

1:09-cv-01703-AWI-GSA

**STIPULATION FOR DISMISSAL; ORDER**

Pursuant to the terms of a written Stipulation for Compromise and Settlement and Rule 41(a) of the Rules of Civil Procedure, the parties hereby stipulate that the Third Amended Complaint filed on July 8, 2011, be dismissed with prejudice, each party to bear their own attorney fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 17, 2013

/s/James R. Willis
James R. Willis, Plaintiff,
in pro per

Respectfully submitted,

Dated: May 17, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for Defendants

**[PROPOSED] ORDER**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: May 17, 2013

SENIOR DISTRICT JUDGE